IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

CHRISTINE STREENAN,

Plaintiff,

v. CIVIL ACTION NO.: 26-913

GREGORY MATTHEWS,

Defendant.

**Serve:** Gregory Matthews
2603 Twin Cedar Trail
Chesapeake, VA 23323

ALSO SERVE PURSUANT TO THE
UNINSURED/UNDERINSURED PROVISIONS
OF THE VIRGINIA CODE:

USAA Casualty Insurance Company
c/o Corporation Service Company, Registered Agent
100 Shockoe Slip Fl 2
Richmond, VA, 23219

**COMPLAINT**

Plaintiff, by counsel, hereby moves this Court for judgment and execution against the Defendant for the following:

1. Plaintiff, Christine Streenan (Streenan), is a resident of the State of Washington.

2. The Defendant, Gregory Matthews (Matthews), is a resident of the Commonwealth of Virginia.

3. This cause of action arose within the State of Virginia on April 27, 2023.

4. This Court has jurisdiction over this matter pursuant to 28.USC §1332 in that the citizenship of the parties is diverse and the amount in controversy exceeds the sum of $75,000 exclusive of interest and costs.

5. Venue is appropriate in this court pursuant to Section 28 USC §1391(b)(2) in that this is the judicial district in which the cause of action arose.

6. This claim arises out of an automobile accident which occurred on or about April 27, 2023, within the City of Chesapeake.

7. Suit was originally filed on March 26, 2025, and nonsuited on August 7, 2026.

8. This suit is being filed within six months of the nonsuit order.

9. At all relevant times, the Plaintiff was operating her vehicle in a careful, prudent, and non-negligent manner.

10. At the same time and place, Defendant Matthews was operating his vehicle in a careless, reckless, and negligent manner.

11. Among other things, Defendant Matthews was operating his vehicle while driving too fast for the conditions then and there existing, he failed to keep a proper lookout, and he was driving too close to the car in front of him.

12. As a direct result of the Defendant's negligent conduct, his car collided into the rear of the car being driven by the Plaintiff.

13. As a direct result of the Defendant's negligent conduct and subsequent collision, the Plaintiff suffered a significant injury.

14. As a direct result of the Plaintiff's injuries, she has incurred substantial medical bills, suffered great pain, mental anguish, and inconvenience, has been unable to work at her calling, has been unable to tend to her day-to-day affairs, and in the future will incur and/or suffer from all the same.

WHEREFORE, the Plaintiff prays for judgment and execution against the Defendant in the amount of $467,537.98, plus pre and post-judgment interest, plus all of her costs in proceeding with this matter.

Plaintiff requests a trial by jury.

CHRISTINE STREENAN

By____________________________
Of Counsel

Robert J. Haddad, Esquire
VSB No. 22298
RULOFF, HADDAD & WOODWARD, P.C.
317 30th Street
Virginia Beach, VA 23451
(757) 671-6036
Fax: (757) 671-6004
rhaddad@srgslaw.com